

**SO ORDERED.**
**SIGNED this 4th day of February, 2021**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PIERCE, JANIS DIANE | ) | Case No. 1:21-bk-10199-NWW |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

_____
### ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS
_____

The Court having considered the foregoing application of the Trustee to employ the law firm of Johnson & Mulroony, P.C. as attorneys for the Trustee and the declaration of said attorneys in support thereof, and it appearing that said attorneys are disinterested persons and that the employment is in the best interests of the estate and the economical administration thereof, it is,

ORDERED, pursuant to E.D. Tenn. LBR 2014-1, that Douglas R. Johnson, Trustee herein, is authorized to employ the law firm of Johnson & Mulroony, P.C. to act as attorneys for the

Trustee and the estate, with compensation to be paid in amounts as may be allowed by the Court upon proper application or applications therefor.

# # #

APPROVED FOR ENTRY:

JOHNSON & MULROONY, P.C.


By: *s/ Douglas R. Johnson*
    Douglas R. Johnson, Trustee, (BPR 011287)
    Post Office Box 2188
    Chattanooga, Tennessee 37409
    (423) 266-2300
    djohnson@johnsonmulroony.com