**For the reasons stated orally at the hearing the motion is denied.**

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 3rd day of June, 2021**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-10199-NWW |
| | ) | |
| JANIS DIANE PIERCE, | ) | |
| | ) | CHAPTER 7 Proceeding |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING MOTION TO DISMISS

Creditor, Quicken Loans, LLC, having moved for this Court to dismiss this bankruptcy proceeding pursuant to 11 U.S.C. §§ 707(a), 1406, 1408, and F.R.B.P. 1014, and the Court having found that venue is wholly improper for this matter within the Eastern District of Tennessee and accordingly, it is hereby

**ORDERED** that this bankruptcy proceeding is dismissed.

# # #

Approved for entry by:

/s/ Monica K. Gilroy
Monica K. Gilroy
Georgia Bar No. 427520
The Gilroy Firm
*Attorney for Quicken Loans, LLC*
1145 Hightower Trail
Atlanta, Georgia 30350
(678) 280-1922
Monica.Gilroy@gilroyfirm.com

