IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:                                      : Case No. 1:21-bk-10199-NWW

JANIS DIANE PIERCE,                         : Chapter 7

    Debtor.                                 :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### RESPONSE TO TRANSCRIPT REQUEST

Notice is hereby given that in response to Request for Transcript of the hearing held on June 3, 2021 in the above-captioned matter, an official transcript will be filed by June 11, 2021.

                                          /s/ *JANICE RUSSELL*
                                          Transcriber
                                          1418 Red Fox Circle
                                          Severance, Colorado 80550
                                          (757) 422-9089
                                          trussell31@tdsmail.com

                                          June 4, 2021
                                                      Date