**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | Case #:  **21-10199 NWW** |
| **Janis Pierce** | ) | Chapter 7 |
| | ) | |
| **Debtor(s)** | ) | |

**WITHDRAWAL**

Debtor, by and through his Attorney, hereby withdraws the filing of the Motion to Convert to Chapter 13 and Chapter 13 Plan filed on 8/2/21 (doc 72 and 73).

Respectfully submitted,
Law Office of W. Thomas Bible, Jr.

BY:   /s/ W. Thomas Bible, Jr.
**W. THOMAS BIBLE, JR.**
Attorney for the Debtor(s)
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421
423.424.3116

CERTIFICATE OF SERVICE

I, W. Thomas Bible, Jr., hereby certify that I have personally sent a copy of the foregoing pleading by electronic mail, to the United States Trustee, and the Trustees on 8/25/21

/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr.